IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| SMITHFIELD PACKAGED MEATS SALES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DIETZ & WATSON, INC. and CHRIS CONRAD, <br><br> Defendants. | No. 1:20-cv-00005-RGE-CFB <br><br><br> **ORDER ENTERING THE INJUNCTION ORDER, ADMINISTRATIVELY STAYING THE CASE, AND RETAINING JURISDICTION OF THE CASE** |

Now before the Court is the parties' Stipulated Motion Regarding Case Settlement and Injunction Order. ECF No. 203. The Court **FINDS** and **ORDERS** as follows:

1. On April 7, 2020, the Court entered a Preliminary Injunction Order against Defendant Conrad. ECF No. 45. On July 24, 2020, the Court modified the Preliminary Injunction Order, which expanded the scope of the order to include additional customers. ECF No. 82. On April 23, 2021, the Court modified the Preliminary Injunction Order, which removed customers Coborn's and Homeland from the injunction. ECF No. 179.

2. The parties have entered into a settlement of this matter and stipulated to an injunction on the same terms as the Preliminary Injunction Order, as modified, to remain in effect until April 7, 2022.

3. The Court **ORDERS** that Defendant Chris Conrad is enjoined on the same terms of the preliminary injunction order, as modified, ECF Nos. 45, 82, 179, until April 7, 2022. The Court finds that the record and its previous findings, *see* ECF Nos. 45, 82, and 179, satisfies each of the requisite elements for entitlement to this Order.

4. All case deadlines are **STAYED**. The Court shall retain jurisdiction over this case until a further order of the Court.

**IT IS SO ORDERED**.

Dated this 24th day of August, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE