# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SMITHFIELD PACKAGED MEATS SALES CORP., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DIETZ & WATSON, INC., a New Jersey Corporation; CHRIS CONRAD, an Individual,<br><br>    Defendants. | Case No. 1:20-cv-00005-RGE-CFB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Court's Order Entering the Injunction Order [ECF No. 203], Administratively Staying the Case, and Retaining Jurisdiction of the Case (ECF No. 204), Plaintiff Smithfield Packaged Meats Sales Corp. ("Smithfield") and Defendants, Dietz & Watson, Inc. and Chris Conrad, by counsel, hereby jointly stipulate that this action and all claims and defenses asserted therein be dismissed, with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: April 21, 2022

Jointly submitted,

/s/ Ryan M. Bates
Ryan M. Bates (admitted *pro hac vice*)
Email: rbates@hunton.com
Jason P. Brown (admitted *pro hac vice*)
Email: brownj@hunton.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
Phone: (202) 955-1500
Fax:     (202) 778-2201

Randall D. Armentrout
Email: rdarmentrout@nyemaster.com
Thomas C. Goodhue
Email: tgoodhue@nyemaster.com
**NYEMASTER GOODE PC**
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Phone: (515) 283-8161
Fax:     (515) 283-8045

*Attorneys for Plaintiff
Smithfield Packaged Meats Sales Corp.*

/s/ Aliza Karentick (w/ approval)
Aliza Karentick
Timothy D. Katsiff
Thomas Joseph Gallagher
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia PA 19103
karenticka@ballardspahr.com
katsifft@ballardspahr.com
gallaghert@ballardspahr.com
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

/s/ Gary D. Dickey, Jr. (w/ approval)
Gary Dean Dickey, Jr.
**DICKEY, CAMPBELL, & SAHGA LAW FIRM PLC**
301 East Walnut, Suite 1
Des Moines, IA 50309
Telephone: (515) 288-5008
Facsimile: (515) 288-5010

*Attorneys for Dietz & Watson, Inc.*

/s/ Michael R. Reck (w/ approval)
Michael R. Reck
Joseph H. Lubben
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 243-7100
Facsimile: (515) 558-0617
Email: mrreck@belinmccormick.com
jhlubben@belinmccormick.com

*Attorneys for Defendant
Chris Conrad*

## **CERTIFICATE OF SERVICE**

    I undersigned certify that on April 21, 2022, the foregoing was served upon counsel through the Court's CM/ECF electronic filing system.

                                                        */s/ Ryan M. Bates*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SMITHFIELD PACKAGED MEATS SALES CORP., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIETZ & WATSON, INC., a New Jersey Corporation; CHRIS CONRAD, an Individual,<br><br>Defendants. | Case No. 1:20-cv-00005-RGE-CFB<br><br>**[PROPOSED] ORDER ENTERING THE INJUNCTION ORDER, ADMINISTRATIVELY STAYING THE CASE, AND RETAINING JURISDICTION OF THE CASE** |

The Court has reviewed the record and has been fully advised on the premises of the Stipulated Motion, and hereby **FINDS** and **ORDERS** as follows:

1. On April 7, 2020, the Court entered a Preliminary Injunction Order against Defendant Conrad. ECF 45. On July 24, 2020, the Court modified the Preliminary Injunction Order, which expanded the scope of the order to include additional customers. ECF 82. On April 23, 2021, the Court modified the Preliminary Injunction Order, which removed customers Coborn's and Homeland from the injunction. ECF 179.

2. The parties have entered into a settlement of this matter and stipulated to an injunction on the same terms as the Preliminary Injunction Order, as modified, to remain in effect until April 7, 2022.

3. The Court **ORDERS** that Defendant Chris Conrad is enjoined on the same terms of the preliminary injunction order, as modified (ECF 45, 82, 179), until April 7, 2022. The Court finds that the record and its previous findings, as stated in ECF 45, 82, and 179, satisfies each of the requisite elements for entitlement to this Order.

    4.    All case deadlines are **STAYED**.  The Court shall retain jurisdiction over this case until a further order of the Court.

Dated this ___ day of June, 2021.

                                                                                       Rebecca Goodgame Ebinger
                                                                                     United States District Judge

027120.0000539 EMF_US 89667928v2