IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| SMITHFIELD PACKAGED MEATS SALES CORP., <br><br> Plaintiff, <br><br> v. <br><br> DIETZ & WATSON, INC. and CHRIS CONRAD, <br><br> Defendants. | **No. 1:20-cv-00005-RGE-HCA** <br><br><br> **ORDER GRANTING MOTION FOR BOND DISBURSEMENT** |

Now before the Court is Plaintiff Smithfield Packaged Meats Sales Corp.'s Motion for Bond Disbursement. ECF No. 206.

On April 21, 2022, the parties' jointly stipulated to the dismissal of this action without prejudice. Therefore, the Court orders the bond imposed by its Order Granting Plaintiff's Motion for Preliminary Injunction, ECF No. 99, exonerated.

**IT IS ORDERED** that Plaintiff Smithfield Packaged Meats Sales Corp.'s Motion for Bond Disbursement, ECF No. 206, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Southern District of Iowa shall disburse $320,000 plus any accrued interest out of the Court's registry to Smithfield Packaged Meats Sales Corp. at Smithfield Foods, c/o Tennille Checkovich, Deputy General Counsel, 200 Commerce Street, Smithfield, Virginia 23430.

Disbursement is conditioned on Smithfield Packaged Meats Sales Corp. presenting a W-9 form or other form of taxpayer identification acceptable to the Clerk of Court for tax reporting purposes. The Clerk of Court is relieved of any liability for loss of interest, if any, for early withdrawal of the above referenced funds. Inquiries concerning the tax reporting

1

requirement shall be directed to the Clerk of Court's financial office at 515-323-2875.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2022.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE

2